Roy Tuck
1600 E. Vista Way #85
Vista, CA 92084
Ph: 760-840-1551

NUNC PRO TUNC
Oct 24 2016

**FILED**
Oct 26 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ kristenb    DEPUTY

Plaintiff In Pro Se

# IN THE UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ROY TUCK,

  Plaintiff,

vs.

MERRICK BANK CORPORATION,
EQUIFAX INC.,
TRANS UNION LLC.,
EXPERIAN INFORMATION
SOLUTIONS INC.,
Does 1-25,

  Defendants.

Case No. 3:16-CV-00877-BEN-KSC

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now, ROY TUCK, Plaintiff in the above-entitled case appearing before the honorable court In Pro Se, freely and voluntarily dismisses the **ENTIRE** above-entitled action filed against all named defendants without prejudice forthwith.

**All** named defendants as of October 19, 2016 have *all reached mutual settlement agreements* with me the Plaintiff, ROY TUCK and I hereby request that this "ENTIRE" Ninth District federal case should be closed/dismissed forthwith.

Respectfully submitted,

Dated This 19th day of October 2016

*/s/ Roy Tuck*
ROY TUCK, *PLAINTIFF IN PRO SE*

REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE   "Court Copy 2"   PAGE 1