

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

ROY TUCK,

           **Plaintiff,**

V.

MERRICK BANK CORPORATION;
EQUIFAX INC.; TRANS UNION LLC;
EXPERIAN INFORMATION
SOLUTIONS INC.; and DOES 1-25,

           **Defendant.**

Civil Action No. 16-cv-00877-BEN-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Plaintiff's motion is granted and that the entire case is dismissed against all defendants without prejudice.

Date:  11/7/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ K. Betancourt
                           K. Betancourt, Deputy